## MOTION INFORMATION STATEMENT

**Docket Number(s):** 12 cr 868

**Caption [use short title]**

**Motion for:** To stop the prosecutors/Government from Expoliating Exculpatory Evidence Currently in Prosecutors'/Government's Possession and Heretofore Withheld

**Set forth below precise, complete statement of relief sought:**

Petition to Stop the Prosecutors/Government from expoliating Exculpatory Evidence currently in Prosecutors'/Government's Possession and Heretofore Withheld

United States of America

v.

Lena Lasher

*RECEIVED SDNY DOCKET UNIT 2017 APR -5 PM 4:32*

**MOVING PARTY:** Lena Lasher
☐ Plaintiff   ☐ Defendant
☑ Appellant/Petitioner Party   ☐ Appellee/Respondent

**MOVING ATTORNEY:**
Lena Lasher
Register # 67662-054
33 & 1/2 Pembroke RD
Federal Correctional Inst
Danbury, CT 06811-3099
United States

**OPPOSING PARTY:** United States of America

**OPPOSING ATTORNEY:**
Margaret Garnett
US Attorney's Office
1 Saint Andrews PLZ
NEW YORK, NY 10007
United States

**Court-Judge/Agency appealed from:** Southern District of New York / Honorable Judge Naomi Reice Buchwald

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes   ☐ No (explain):

Opposing counsel's position on motion:
☐ Unopposed   ☐ Opposed   ☑ Don't Know
Does opposing counsel intend to file a response:
☐ Yes   ☐ No   ☑ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**
Has request for relief been made below?   ☐ Yes ☐ No
Has this relief been previously sought in this Court?   ☐ Yes ☐ No
Requested return date and explanation of emergency:

Is oral argument on motion requested?   ☐ Yes ☑ No  (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?   ☑ Yes ☐ No   If yes, enter date:

**Signature of Moving Attorney:**
Lena Lasher   **Date:** 3/31/2017   **Service by:** ☐ CM/ECF   ☑ Other [Attach proof of service]

Form T-1080 (rev. 12-13)

UNITED STATES COURT OF District FOR THE SECOND CIRCUIT

CAPTION:

United States of America

v.

Lena Lasher

**CERTIFICATE OF SERVICE***

Docket Number: 12 cr 868

I, Lena Lasher (print name), hereby certify under penalty of perjury that on 3/31/2017 (date), I served a copy of Petition to Stop the Prosecutors/Government from Expoliating Exculpatory Evidence Currently in Prosecutors'/Government Possession and Heretofore Withheld & its exhibits A-G

(list all documents)

by (select all applicable)**

___ Personal Delivery          ✓ United States Mail          ___ Federal Express or other Overnight Courier

___ Commercial Carrier          ___ E-Mail (on consent)          Margaret Garnett
                                                                  US Attorney's Office
on the following parties:                                         1 Saint Andrews PLZ
                                                                  NEW YORK, NY 10007
                                                                  United States

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

3/31/2017
Today's Date

_Lena Lasher_
Signature

Certificate of Service Form (Last Revised 12/2015)




RECEIVED
SDNY DOCKET UNIT
2017 APR -5 PM 4:32

67662-054
Clerk Of The Court
US District Courthouse
500 Pearl ST
NEW YORK, NY 10007
United States

Lena Lasher
Register # 67662-054
33 & 1/2 Pembroke RD
Federal Correctional Institution
Danbury, CT 06811-3099
United States

Legal Mail