DOCUM[ENT]
ELECTR[ONIC]ALLY FILED
DOC #: __
DATE FIL[ED]  5/3/17

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA,

          - against -                           ORDER

LENA LASHER                                S5 12 CR 868 (NRB)
  a/k/a Lena Congtang,

               Defendant.
------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

The Court is in receipt of defendant Lena Lasher's "Petition to stop the prosecutors/Government from expoliating [sic] exculpatory evidence currently in prosecutors'/Government's possession and heretofore withheld," ECF No. 325, and her "Updated petition to compel exculpatory evidence currently in prosecutors'/Government's possession and heretofore withheld," ECF No. 328. These two filings consist of a repetition or reargument of her earlier application, ECF No. 321. Nothing therein changes our March 28, 2017 order, ECF No. 324. As to the DVR, the Government appears to be doing everything, if not more, that it needs to do to preserve the evidence.

**SO ORDERED.**

Dated: New York, New York
       May 3, 2017

                                         _____
                                         NAOMI REICE BUCHWALD
                                         UNITED STATES DISTRICT JUDGE

A copy of the foregoing Order has been mailed on this date to the following:

Lena Lasher
Federal Register Number 67662-054
FCI Danbury
Federal Correctional Institution
Route 37
Danbury, CT 06811