Criminal Notice of Appeal - Form A

**NOTICE OF APPEAL**

United States District Court

Southern District of New York

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 1 5 2017
```

Caption:
United States of America
v.

Lena Lasher

Docket No.: S5 12 CR 868 (NRB)

Honorable Judge Naomi Reice Buchwald
(District Court Judge)

Notice is hereby given that Defendant Lena Lasher appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓ , other ,
entered in this action on: May 3, 2017.
(date)

This appeal concerns: Conviction only [ ]   Sentence only [ ]   Conviction & Sentence [ ]   Other [✓]

Defendant found guilty by plea [ ]   | trial |   | N/A [✓] .

Offense occurred after November 1, 1987?  Yes [✓]   No [ ]   N/A [

Date of sentence: September 2, 2015   N/A [ ]

Bail/Jail Disposition: Committed [ ]   Not committed |   | N/A [✓]


Appellant is represented by counsel? Yes   | No | ✓   If yes, provide the following information:

Defendant's Counsel:  _____

Counsel's Address:  _____

_____

Counsel's Phone:  _____

Assistant U.S. Attorney: __

AUSA's Address: __

Margaret Garnett
US Attorney's Office
1 Saint Andrews PLZ
NEW YORK, NY 10007
United States

AUSA's Phone: __

lenalasher 5/11/2017
Signature

# UNITED STATES COURT OF DISTRICT FOR THE SECOND CIRCUIT

CAPTION:

United States of America

**CERTIFICATE OF SERVICE\***

Docket Number: S5 12 CR 868 (NRB)

v.

Lena Lasher

I, Lena Lasher, hereby certify under penalty of perjury that on May 11, 2017 (print name) (date), I served a copy of Notice of Appeal for the Second Circuit from the judgment entered on May 3, 2017

(list all documents)

by (select all applicable)\*\*

___ Personal Delivery    ✓ United States Mail    ___ Federal Express or other Overnight Courier

___ Commercial Carrier    ___ E-Mail (on consent)    Margaret Garnett
US Attorney's Office
on the following parties:    1 Saint Andrews PLZ
NEW YORK, NY 10007
United States

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |

\*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

\*\*If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

5/11/2017
Today's Date

lenalasher
Signature

Certificate of Service Form (Last Revised 12/2015)

TRULINCS  67662054 - LASHER, LENA - Unit: DAN-O-A

----------------------------------------------------------------------------------------

FROM: 67662054
TO:
SUBJECT: Lena Lasher District Court
DATE: 05/10/2017 05:27:34 PM

US District Courthouse Southern District of New York        5/11/2017
500 Pearl St.
NY, NY  10007

Dear Clerk of the Court,

My name is Lena Lasher.  My case number is:  S1   12   Cr. 868 (NRB)  Judge Naomi Buchwald

I would like to file a notice of appeal; please send me a notice of appeal form.

Thank you very much.
Sincerely,  *lenalasher*

Lena Lasher
Register # 67662-054
Federal Correctional Institution
33 & 1/2 Pembroke Road
Danbury, CT  06811-3099

Lena V...ner
Register #67662-054
Federal Correctional Institution
33 1/2 Pembroke Rd.
Danbury, CT 06811-3099

Legal Mail

RECEIVED
MAY 15 2017
CLERK'S OFFICE
S-67662-054

Clerk Of The Court
US District Courthouse
500 Pearl ST
212-8050136
NEW YORK, NY 10007
United States

Appeals Unit

10007-131608

WESTCHESTER NY 105
12 MAY 2017 PM 2 L



USMP3
SDNY

