

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 11, 2017

**By ECF**

The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse, Room 2270
500 Pearl Street
New York, New York 10007

        Re:    *United States* v. *Lena Lasher*,
                 S5 12 Cr. 868 (NRB)

Dear Judge Buchwald:

      The Government respectfully writes to advise the Court that information technology personnel have informed the Government that all videos on the DVR discussed in the Government's letter of March 3, 2017 have been extracted and placed on an external hard drive of a type that is believed to be acceptable to the Federal Bureau of Prisons. If it is such a type (which the Government intends to confirm), the Government will send the hard drive to Lena Lasher. If it is not, the Government will send the hard drive to whomever Lasher designates.

                                  Respectfully submitted,

                                  JOON H. KIM
                                Acting United States Attorney

                 By:   <u>s/ Daniel C. Richenthal</u>
                      Daniel C. Richenthal
                      Kristy J. Greenberg
                      Assistant United States Attorneys
                      (212) 637-2109/2469

cc:     (By First Class Mail)

       Lena Lasher
       Federal Register Number 67662-054
       FCI Danbury
       Federal Correctional Institution
       Route 37
       Danbury, CT 06811