UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NY 10007-1312

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

212-805-0194

June 6, 2018

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED: 6/6/18 |

By Mail

Lena Lasher
16 Patton Street
High Bridge, NJ 08829

Re:   United States v. Lena Lasher
       12 CR 868 (NRB)

Dear Ms. Lasher:

    I write in response to your letter dated May 29, 2018 requesting that all mail sent from this Court since February 1, 2018 be forwarded to your current address of record. I can confirm that we have not sent you any correspondence during this time period.

Very truly yours,

*Naomi Reice Buchwald*
Naomi Reice Buchwald
United States District Judge

cc:   AUSA Daniel Richenthal
      AUSA Ian McGinley
      AUSA Kristy Greenberg
      AUSA Sarah Paul
      (by ECF)