UNITED STATES SOUTHERN DISTRICT OF NEW YORK

United States of America

v.                   Docket # 1:12-cr-868 (NRB)

Lena Lasher

Dear Clerk of the Court,

   Judge Buchwald, in one of her letters, wrote that once I, Lena Lasher, am released, I may contact the Department of State for my passport. Now that I am released, per Jill at the Bureau of Consular Affairs, I need a letter from the court stating that I have permission to obtain/retrieve a passport while under supervision; the passport is currently held by the Bureau of Consular Affairs (Passport Services, Office of Legal Affairs, (202) 485-6400)

   Please do this as soon as possible

Respectfully submitted,           June 25, 2018
*lenalasher*
Lena Lasher - the passport is under my maiden name (CONGTANG)
16 Patton Street
High Bridge, NJ 08829