```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
UNITED STATES OF AMERICA,
```

                                                    **MEMORANDUM**

      - against -

                                                    12 Cr. 868 (NRB)

```
LENA LASHER
   a/k/a Lena Congtang,
```

               Defendant.

```
---------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

The Court declines to issue the order to show cause requested by Lasher in her application dated April 27, 2020 because it is based on faulty premises. First, Lasher has not withdrawn her appeals from this Court's Protective Order of June 3, 2019; Order to Show Cause of June 13, 2019; and Memorandum of June 24, 2019. Rather, the Second Circuit dismissed those appeals on January 15, 2020. In particular, the Second Circuit dismissed Lasher's appeal from our Protective Order of June 3, 2019 for the lack of an arguable basis either in law or in fact. Given the dismissal of her appeal, the Court finds no reason to hold a hearing to reconsider the merits of our June 3, 2019 Protective Order. Second, contrary to Lasher's suggestion that she was not granted an opportunity to be heard, she was afforded that opportunity on

July 1, 2019.  Moreover, it was Lasher who failed to appear on the earlier return date, May 29, 2019.


Dated:    New York, New York
          May 1, 2020

                              _____
                              NAOMI REICE BUCHWALD
                              UNITED STATES DISTRICT JUDGE

A copy of the foregoing Memorandum has been mailed on this date to the following:

Lena Lasher
16 Patton Street
High Bridge, NJ 08829