```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X

UNITED STATES OF AMERICA,

          - against -                              O R D E R

LENA LASHER,                                     12 Cr. 868 (NRB)

                         Defendant.

----------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

      **WHEREAS** the Government filed a letter on January 15, 2021 (the "Letter") seeking an order against the defendant ("Lasher") to withdraw her appeal against Dr. Anu Konakanchi in the Superior Court of New Jersey, Appellate Division; and

      **WHEREAS** the Letter was emailed to Lasher, filed on ECF and subsequently mailed to Lasher; it is hereby

      **ORDERED** that within two weeks of the date of this order that Lasher show cause why an order should not issue directing Lasher to immediately withdraw her appeal against Dr. Konakanchi in the Superior Court of New Jersey, Appellate Division and further providing that her failure to do so will result in the

issuance of an order to show cause why she should not be held in contempt.

Dated:   New York, New York
         January 26, 2021

                                          _____
                                          NAOMI REICE BUCHWALD
                                          UNITED STATES DISTRICT JUDGE