```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X

UNITED STATES OF AMERICA,

        - against -                          O R D E R

LENA LASHER,                                 12 Cr. 868 (NRB)

                    Defendant.

----------------------------------X
```
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    **WHEREAS** the Court issued an Order on January 26, 2021 (the "January 26 Order") giving the defendant ("Lasher") two weeks to respond to the Government's letter of January 15, 2021 (the "Letter") seeking an order directing Lasher to withdraw her appeal against Dr. Anu Konakanchi in the Superior Court of New Jersey, Appellate Division; and

    **WHEREAS** it cannot be disputed that Lasher received the January 26 Order no later than January 30, 2021 and received the Letter itself no later than January 20, 2021;

    **WHEREAS** Lasher waited to file a request for an extension to respond to the Letter until 11:59 p.m. on February 8, 2021, the day before her response was due to the Court; and

**WHEREAS** there is a substantive reason to resolve the current issue before the Court forthwith; it is hereby

**ORDERED** that Lasher is granted leave to file a response to the Letter until February 11, 2021 and that no further extension will be granted.

Dated:   New York, New York
         February 9, 2021

                                            _____
                                            NAOMI REICE BUCHWALD
                                            UNITED STATES DISTRICT JUDGE

**Defendant (pro se)**
Lena Lasher

**A copy of the foregoing Order has been sent by FedEx Overnight and emailed to:**
Lena Lasher
16 Patton Street
High Bridge, NJ 08829
lenalasher@yahoo.com